CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 12 2006

JOHN F CORCORAN, CLERK
BY
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY FRANK GODFREY, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00187 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WASHINGTON CO. JAIL, et al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions for interlocutory injunctive relief (Dkt. #14, #21 and #23) and motions to amend (Dkt. #21 and #23) are **DENIED**, and the clerk shall make photocopies of these pleadings and file them as a new civil action, pursuant to 42 U.S.C. § 1983.

ENTER: This 12th day of June, 2006.

/s/ James C. Turk
Senior United States District Judge

4