CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 22 2006

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY F. GODFREY, ) | |
|     Plaintiff, ) | Civil Action No. 7:06-cv-00187 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WASHINGTON COUNTY, VIRGINIA, ) | By: Hon. James C. Turk |
| SHERIFF, et al., ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. All claims for injunctive relief are hereby **DISMISSED** as moot;

2. Plaintiff's motions to amend and/or other supplements to this record (Dkt. Nos. 13, 16, 31, 34, and 35) are hereby **GRANTED in part**, only to the extent that they seek to supplement with additional factual allegations, documentation, or argument plaintiff's claims that he was illegally extradited or that he was denied access to legal materials and constitutionally adequate medical treatment at the Southwestern Virginia Regional Jail (SWVRJ), but in all other respects, these motions to amend and supplement are hereby **DENIED**; and

3. Plaintiff's other pending motions–his motion to reconsider (Dkt. No. 16) and his motion for summary judgment (Dkt. No. 36), which the court construes as a motion for default judgment[3]--are hereby **DENIED** for lack of cause shown.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 22nd day of August, 2006.

/s/ James C. Turk
Senior United States District Judge

---

[3] Plaintiff cannot be entitled to default judgment against defendants who have not yet been served. By separate order, the court will direct the clerk to attempt service of process upon the defendants remaining party to the action after entry of this order.