CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 4 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNNY FRANK GODFREY,<br>Plaintiff, | Civil Action No. 7:06-cv-00187 |
| v. | **FINAL ORDER** |
| WASHINGTON COUNTY, VA, et al.,<br>Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is hereby **DISMISSED** without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute, all pending motions shall be terminated accordingly, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff at the address he last provided to the court and to counsel of record for the defendants.

ENTER: This /4th day of December, 2007.

/s/ James C. Turk
Senior United States District Judge